UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DEQUAN K. ROBINSON,

                           Plaintiff,

   -v-                                      9:16-CV-232
                                            (DNH/DJS)

DONALD G. UHLER, Superintendent,
Upstate Correctional Facility,

                           Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                  OF COUNSEL:

DEQUAN K. ROBINSON
Plaintiff pro se
09-A-4163
Great Meadow Correctional Facility
Box 51
Comstock, NY 12821

HON. ERIC T. SCHNEIDERMAN           RYAN W. HICKEY, ESQ.
Attorney General for the State of New York   Ass't Attorney General
Attorney for Defendant
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Pro se plaintiff Dequan K. Robinson brought this civil rights action pursuant to 42 U.S.C. § 1983. On August 14, 2017, the Honorable Daniel J. Stewart, United States Magistrate Judge, advised by Report-Recommendation that defendant's motion to dismiss be granted and that the complaint be dismissed in its entirety. No objections to the Report-Recommendation were filed.

Based upon a de novo review of the Report-Recommendation, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Defendant's motion to dismiss is GRANTED; and

2. Plaintiff's complaint is DISMISSED in its entirety.

The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated: September 13, 2017
       Utica, New York.